IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY LONG, JR.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 15-00202 |

### ORDER

**AND NOW**, this 15th day of January, 2016, upon consideration of Defendants Montgomery County and Dorothy Camasso's ("Camasso") Motion to Dismiss (ECF No. 28), Plaintiff Gary Long, Jr.'s Response (ECF No. 29), Defendants' Reply (ECF No. 30), and oral argument heard on January 12, 2016 (ECF No. 36), it is hereby **ORDERED** that the motion is **GRANTED**. All federal law claims against Camasso and Montgomery County are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the state law claims against Camasso.

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.