IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY LONG, JR., *Plaintiff*, v. CITY OF PHILADELPHIA, *et al.*, *Defendants*. | CIVIL ACTION NO. 15-00202 |

## ORDER

**AND NOW**, this 28th day of January, 2016, upon consideration of Defendants City of Philadelphia ("Philadelphia") and Patrick Gordon's ("Gordon") Motion for Summary Judgment (ECF No. 31), Plaintiff Gary Long, Jr.'s Response (ECF No. 33), and oral argument heard on January 12, 2016 (ECF No. 36), it is hereby **ORDERED** that the motion is **GRANTED**. All federal laws claims against Gordon and Philadelphia are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the state law claims against Gordon.

This case is dismissed and the Clerk of Court shall close this matter.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.